■ CONRAD FERGUSON, Respondent, v BELAIR CONSTRUCTION CORP., Appellant, et al., Defendant. [639 NYS2d 90]

Contrary to the appellant's contention, the Supreme Court did not improvidently exercise its discretion by denying the branch of its motion which was to dismiss the complaint due to the plaintiff's failure to comply with the appellant's discovery damages. Under the circumstances of this case, the court's conditional order of preclusion was appropriate (*see,* CPLR 3126). Balletta, J. P., O'Brien, Ritter, Pizzuto and Altman, JJ., concur.